In the Matter of the Application of MARGARET V. CONNERS, Respondent, for an Order Canceling and Discharging of Record an Alleged Attorney's Lien.

### WILLIAM L. CLAY, Appellant.

*Appeal — motion to dismiss appeal granted.*

*Matter of Conners*, 210 App. Div. 849, appeal dismissed.
(Submitted May 4, 1925; decided May 12, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supeme Court in the first judicial department, entered November 4, 1924, which unanimously affirmed an order of Special Term canceling and discharging an attorney's lien.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal and that appellant had failed to perfect his appeal.

*Murray L. Gilman* for motion.

*William L. Clay* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.